# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00198-CR

Carlos I. Bulle-Hernandez, Appellant

v.

The State of Texas, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-11-202498, HONORABLE CLIFFORD BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Carlos I. Bulle-Hernandez pled guilty to attempted possession of cocaine on November 20, 2012. The trial court accepted appellant's plea, deferred adjudication of guilt, and placed appellant on probation for two years' community supervision. Tex. Health and Safety Code § 481.115; Tex. Penal Code § 15.01; Tex. Code Crim. Proc. art. 42.12(5). The trial court has certified that this is a plea bargain case, and that appellant has no right of appeal. We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed

Filed:   August 6, 2013

Do Not Publish